# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**MALVAMEL LENNON and CYNTHIA
AURELIO, on behalf of themselves and those
similarly situated,**

      **Plaintiff,**

**vs.**                                   **CASE NO.:  3:19-CV-00342-TJC-JRK**

**CLAIMS QUESTIONS, LLC, d/b/a ROL
INSURANCE CONSULTING, a Florida
Limited Liability Company,**

      **Defendant.**                           /

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CITIZENS PROPERTY INSURANCE CORPORATION OF FLORIDA

Plaintiffs, MALVAMEL LENNON and CYNTHIA AURELIO, on behalf of themselves and those similarly situated, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, file this Notice of Voluntary Dismissal Without Prejudice as to Defendant, CITIZENS PROPERTY INSURANCE CORPORATION OF FLORIDA, who has not yet filed an Answer in this matter.

Dated this 28<u>th</u> day of May, 2019.

                                    **/s/ MATTHEW GUNTER**
                                    Matthew R. Gunter, Esquire
                                    FBN 0077459
                                    C. Ryan Morgan, Esquire
                                    FBN 0015527
                                    Morgan & Morgan, P.A.
                                    20 N. Orange Ave., 16th Floor
                                    P.O. Box 4979
                                    Orlando, FL 32802-4979
                                    Telephone: (407) 420-1414
                                    Facsimile: (407) 867-4791
                                    Email: mgunter@forthepeople.com
                                    Email: rmorgan@forthepeople.com

Attorneys for the Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record on this 28th day of May 2019.

**/s/ MATTHEW GUNTER**
Matthew R. Gunter, Esquire